

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

MAR 10  12 55 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff | : | |
| v. | : | Criminal Action No. 05- 20 - UNA |
| JOSEPH B. DESTEFANO, | : | |
| Defendant. | : | |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNTS I - VI

On or about the dates set forth below, in the District of Delaware, the defendant, JOSEPH B. DESTEFANO, did knowingly make false and fictitious oral and written statements to the federally licensed firearms dealers set forth below, in connection with his attempted acquisition of the firearms set forth below – to wit, that the defendant was the actual buyer of the firearms, and that the defendant was not an unlawful user of marijuana or any other controlled substance – which statements were likely to deceive said federally licensed firearms dealers as to a fact material to the lawfulness of such attempted acquisition of the said firearms to the defendant under Chapter 44 of Title 18.

| Count | Date | Firearm | Dealer |
|---|---|---|---|
| I | 10/30/04 | Kel-Tec, model P-32, 380 APC Pistol Serial No. C3628 | Shooter's Choice |
| II | 11/03/04 | Smith & Wesson, model SW9VE, 9mm pistol Serial No. PBT0291 | Shooter's Choice |

| III | 11/05/04 | Bersa, model Thunder 380, 380 APC pistol<br>Serial No. 638585 | Shooter's Choice |
| IV | 11/08/04 | Ruger, model P-89, 9mm pistol<br>Serial No. 315-53677 | Miller's Gun Center |
| V | 11/12/04 | Ruger, model P-95, 9mm pistol<br>Serial No. 315-56822 | Miller's Gun Center |
| VI | 11/15/04 | Glock, model 19, 9mm pistol<br>Serial No. DSR713US | Shooter's Choice |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS VII - XI

On or about the dates set forth below, in the District of Delaware, the defendant, JOSEPH B. DESTEFANO, did knowingly steal by deception and unlawfully take and carry away the firearms set forth below from the premises of the federally licensed firearms dealers set forth below; which firearms were in the licensee's business inventory and had been shipped and transported in interstate commerce.

| Count | Date | Firearm | Dealer |
|---|---|---|---|
| VII | 10/30/04 | Kel-Tec, model P-32, 380 APC Pistol<br>Serial No. C3628 | Shooter's Choice |
| VIII | 11/03/04 | Smith & Wesson, model SW9VE, 9mm pistol<br>Serial No. PBT0291 | Shooter's Choice |
| IX | 11/05/04 | Bersa, model Thunder 380, 380 APC pistol<br>Serial No. 638585 | Shooter's Choice |
| X | 11/08/04 | Ruger, model P-89, 9mm pistol<br>Serial No. 315-53677 | Miller's Gun Center |
| XI | 11/12/04 | Ruger, model P-95, 9mm pistol<br>Serial No. 315-56822 | Miller's Gun Center |

All in violation of Title 18, United States Code, Sections 922(u) and 924(l).

## COUNTS XII - XVI

On or about the dates set forth below, in the District of Delaware, the defendant, JOSEPH B. DESTEFANO, did transport in interstate commerce, to wit, from Delaware to New York, the following stolen firearms, knowing and having reasonable cause to believe that the firearms were stolen.

| Count | Date | Firearm |
| --- | --- | --- |
| XII | 10/30/04 | Kel-Tec, model P-32, 380 APC Pistol<br>Serial No. C3628 |
| XIII | 11/03/04 | Smith & Wesson, model SW9VE, 9mm pistol<br>Serial No. PBT0291 |
| XIV | 11/05/04 | Bersa, model Thunder 380, 380 APC pistol<br>Serial No. 638585 |
| XV | 11/08/04 | Ruger, model P-89, 9mm pistol<br>Serial No. 315-53677 |
| XVI | 11/12/04 | Ruger, model P-95, 9mm pistol<br>Serial No. 315-56822 |

All in violation of Title 18, United States Code, Section 922(i).

## COUNT XVII

From on or about October 30, 2004, through on or about January 9, 2005, in the District of Delaware and elsewhere, the defendant, JOSEPH B. DESTEFANO, knowingly engaged in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNTS XVIII - XXII

On or about the dates set forth below, in the District of Delaware, the defendant, JOSEPH B. DESTEFANO, being then an unlawful user of a controlled substance, to wit, marijuana, did knowingly possess in and affecting commerce the firearms set forth below.

| Count | Date | Firearm |
| --- | --- | --- |
| XVIII | 10/30/04 | Kel-Tec, model P-32, 380 APC Pistol<br>Serial No. C3628 |
| XIX | 11/03/04 | Smith & Wesson, model SW9VE, 9mm pistol<br>Serial No. PBT0291 |
| XX | 11/05/04 | Bersa, model Thunder 380, 380 APC pistol<br>Serial No. 638585 |
| XXI | 11/08/04 | Ruger, model P-89, 9mm pistol<br>Serial No. 315-53677 |
| XXII | 11/12/04 | Ruger, model P-95, 9mm pistol<br>Serial No. 315-56822 |

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: March 10, 2005