AO 442(Rev. 12/85) Warrant for Arrest

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOSEPH B. DESTEFANO

REDACTED

WARRANT FOR ARREST

~~SEALED~~ UNSEALED 4/5/05. KJK

CR CASE NUMBER: 05- 20 - UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH B. DESTEFANO and bring him to the nearest magistrate to answer a(n)

__X__ Indictment  ___ Information  ___ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly making false and fictitious statements to federally licensed firearms dealers in connection with his attempted acquisition of firearms; knowingly stealing and taking away firearms from federally licensed firearms dealers; knowingly transporting stolen firearms in interstate commerce; knowingly engaging in the business of dealing in firearms without a license; and knowingly possessing firearms while an unlawful user of a controlled substance;

**in violation of** 18 U.S.C. §§ 922(a)(1)(A), (a)(6), (g)(3), (i), (u); and 924(a)(1)(D), (a)(2), (l).

| | |
|---|---|
| Honorable Mary Pat Thynge<br>Name of Issuing Officer | United States Magistrate Judge<br>District of Delaware<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | Wilmington, Delaware   3/10/05<br>Date and Location |

Bail fixed at $ _____  by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at **1114 ARTIS DR DOVER DE 19904**

| DATE RECEIVED<br>3-10-05 | NAME AND TITLE OF ARRESTING OFFICER<br>P. HENDERSON, DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>4-5-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest