IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                               ) | |
|            Plaintiff,                               ) | |
|     v.                                                   ) | Criminal Action No.  05-20 |
|                                                               ) | |
| JOSEPH B. DESTEFANO                 ) | |
|                                                               ) | |
|            Defendant.                          ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Anne Y. Park, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Joseph B. DeStefano has been arrested.

                                                 COLM F. CONNOLLY
                                                 United States Attorney


                                          By:_____/s/_____
                                              Anne Y. Park
                                              Assistant United States Attorney

Dated:  May 16, 2005

**AND NOW,** this _____ day of _____, 2005, upon the foregoing Motion, it is

      **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

                                                _____
                                                Honorable Mary Pat Thynge
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No.  05-20 |
| | ) | |
| JOSEPH B. DESTEFANO | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Anne Y. Park, Assistant United States Attorney for the District of Delaware, hereby certify that on the 16th day of May, 2005, I electronically filed the Government's Motion and Order to Unseal Indictment and File with the Clerk of the Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Joseph A. Gabay, Esquire
919 Market Street, Suite 1700
P.O. Box 330
Wilmington, DE 19801

                                                                                                                 /s/
                                                                                                                 Anne Y. Park
                                                                                                                 Assistant United States Attorney