## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Cr. A. No. 05-20 UNA |
| JOSEPH B. DESTEFANO, | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kathleen M. Jennings, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Sanford N. Talkin, Esquire of the law firm of Talkin, Muccigrosso & Roberts, LLP, 40 Exchange Place, 18th Floor, New York, NY 10005 to represent Defendant Joseph B. DeStafano in this matter. The Admittee is admitted, practicing and in good standing in the State of New York. The Admittee's certification for admission is attached hereto.

OBERLY, JENNINGS & RHODUNDA, P.A.

 /s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
*Attorney for Defendant*

Dated: June 16, 2005