## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | |
| JOSEPH B. DESTEFANO, | : | Cr. A. No. 05-20 UNA |
| Defendant. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> of Sanford N. Talkin, Esquire is granted.

Dated: _____, 2005.        _____
                                      United States District Judge