IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United State of America,<br>   Plaintiff | :<br>:<br>: |
| v. | :   Cr. Action No. 05-20 KAJ |
| | : |
| Joseph DeStefano,<br>   Defendant | :<br>: |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Joseph A. Gabay, Esquire, as Court appointed attorney for Defendant Joseph DeStefano.

PLEASE ENTER THE APPEARANCE of Sam Talkin, Esquire, as attorney for Defendant Joseph DeStefano.


SWARTZ CAMPBELL LLC

_____
Joseph A. Gabay, Esquire (#2139)
300 Delaware Ave., Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
jgabay@swartzcampbell.com

TALKIN MUCCIGROSSO & ROBERTS LLP

_____
Sam Talkin, Esquire (#  )
40 Exchange Place, 18th Floor
New York, NY 10005
(212) 482-0007
SamT@talkinlaw.com

DATED: June __, 2005

2005 JUN 23 PM 2:59
DISTRICT OF DELAWARE

SCANNED