IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| United State of America,<br>    Plaintiff | :<br>:<br>: |
| v. | :  Cr. Action No. 05-20 |
| Joseph DeStefano,<br>    Defendant | :<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Joseph A. Gabay, Esquire, do hereby certify that on this 23rd day of June, 2005, two true and correct copies of the foregoing Substitution of Counsel have been served, electronically, via hand-delivery or U.S. Mail, postage pre-paid, upon the following:

    Ann Park
    Assistant United States Attorney
    U.S. Attorney's Office
    1007 N. Orange Street
    Suite 700
    Wilmington, DE 19899

            SWARTZ CAMPBELL LLC

            /s/ Joseph A. Gabay
            Joseph A. Gabay, Esquire (#2139)
            300 Delaware Ave., Suite 1130
            P.O. Box 330
            Wilmington, DE 19899
            (302) 656-5935
            Jgabay@swartzcampbell.com

2005 JUN 23 PM 3:00
DISTRICT OF DELAWARE