# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | (302) 576-2000 |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ----------- | Writer's e-mail kjennings@ojlaw.com |
| **Karen V. Sullivan** | |

June 28, 2005

<u>Via Electronic Filing</u>
The Honorable Kent A. Jordan
District Court
844 King Street
Wilmington, DE 19801

  RE: US v. DeStefano
     Cr. A. No. 05-20 KAJ

Dear Judge Jordan:

  Enclosed please find a letter from my out-of-state counsel, Sanford N. Talkin, Esquire, who has been admitted *pro hac vice* in the above matter, requesting an extension of the pretrial motions deadline.

  Thank you for your consideration of this request.

           **Respectfully submitted,**

          **/s/ Kathleen M. Jennings**

          **KATHLEEN M. JENNINGS (No. 913)**

KMJ/bld
Enclosure
cc: Sanford N. Talkin, Esquire
   AUSA Anne Y. Park