# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

40 EXCHANGE PLACE
18th FLOOR
NEW YORK, NEW YORK 10005
PHONE:(212) 482-0007
FAX: (212) 482-1303
www.talkinlaw.com
email:info@talkinlaw.com

Maryland Office:
5100 Dorsey Hall Drive
Suite 100
Ellicott City, MD 21042
(410) 964-0300

New Jersey Office:
79 Main Street
Suite One
Hackensack, NJ 07601
(201) 342-6665

June 27, 2005

Honorable Kent A. Jordan
United States District Judge
District of Delaware
844 N. King Street, Room 6325
Wilmington, DE 19801

Re:   *United States v. Joseph DeStefano*
      Cr. Action 05-20 (KAJ)

Dear Judge Jordan:

By this letter, defendant respectfully requests a thirty day extension for the time to file motions. The parties are in plea negotiations which we expect to culminate with a plea well before the the thirty day period expires. This request is a precautionary measure to preserve the defendant's rights.

I apologize for the lateness of this request. I am currently engaged in trial before the Honorable Leonard Sand in the United States District Court for the Southern District of New York. Additionally, the Pro Hac Vice and Substitution of Counsel paperwork was not completed and filed until June 23, 2005. This letter is being faxed to Chambers this evening and will be electronically filed by local counsel tomorrow.

Thank you for Your Honor's consideration of this request.

Very truly yours,

S/
Sanford N. Talkin

cc:   Kathleen Jennings, Esq.
      AUSA Anne Y. Park