IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 29  PM 12: 33

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-20-KAJ |
| ) | |
| JOSEPH B. DESTAFANO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant, having requested through counsel an additional 30 days to file pretrial motions, and the Government having no objection to this request;

**IT IS HEREBY ORDERED** that the deadline for the defendant to file pretrial motions is extended until **July 29, 2005.**

The time between June 1, 2005 and the continued date shall be excludable under the Speedy Trial Act (18 U.S.C. §3161 et seq.).

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: June 29, 2005