

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 8, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Joseph B. DeStefano**
            **Criminal Action Nos.   05-20-KAJ and 05-66-KAJ**

Dear Judge Jordan:

      The defendant, through his counsel, has accepted the government's plea offer to plead guilty to Counts Seven through Eleven of the Indictment in Criminal Action No. 05-20-KAJ and to waive indictment and plead guilty to Count One of the Information in Criminal Action No. 05-66-KAJ. Enclosed please find a copy of the Memorandum of Plea Agreement setting forth the terms of the agreement between the parties. The parties respectfully request that a date be scheduled for a change of plea hearing in the above-captioned cases. Defense counsel, Sam Talkin, Esquire, has informed the government that he is available on Monday, July 25, 2005. If this date is available to the Court, the parties further respectfully request that the change of plea hearing be scheduled on July 25, 2005.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                United States Attorney

                        BY:_____/s/_____
                                Anne Y. Park
                                Assistant United States Attorney

cc:    Clerk of Court
       Sam Talkin, Esquire