IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 13  PM 4: 27

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-20-KAJ |
| ) | |
| JOSEPH B. DESTAFANO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **July 25, 2005 at 12:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington;

2. The time between the date of this Order and the date of the change of plea hearing shall be excludable under the Speedy Trial Act in the interests of justice (18 U.SC. § 3161 *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2005
Wilmington, Delaware