**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-20-KAJ |
| | : | |
| JOSEPH B. DeSTEFANO, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL**

Please enter the appearance of Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                                                COLM F. CONNOLLY
                                                United States Attorney

BY:    /s/
                Shannon Thee Hanson
                Assistant United States Attorney

Dated:   July 15, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 05-20-KAJ |
| | : |
| JOSEPH B. DeSTEFANO, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, hereby certify that on July 15, 2005, I mailed two copies of the foregoing document:

SUBSTITUTION OF COUNSEL


TO:   Sam Talkin, Esquire
      Talkin, Muccigrosso & Roberts LLP
      40 Exchange Place, 18th Floor
      New York, NY 10004




                                   /s/
                                   Shannon Thee Hanson
                                   Assistant United States Attorney