# EXHIBIT

# A

Oct. 21, 2005

To whom it may concern,

I am writing this letter in concern of my nephew "Joseph Destefano."
I want you to know a little about Joseph. He's a young man, with a bright future ahead of him. He's a man of few words, but most of all, he's a great kid, a good nephew, and most importantly a great father to his son. Not to mention, that as a kid growing-up in Brooklyn, New York - it was really hard with no money - a father who was in Vietnam and a mother growing-up six kids trying to make ends meet.
The point I'm trying to stress is that we "all" are entitle to some mistakes in life, I know we have to pay for our mistakes but "please" be lenant with him. Don't put him away 'cause he has a family that cares and support him a hundred and ten percent - his son misses him so much - please considerate on Joseph, he is very forgiving for what he

- 2 -

DID, HE REALIZES WHAT A BIG MISTAKE HE DONE.

BETWEEN ME AND YOU, THIS JAIL TIME IS NOT FOR ANYBODY. HE'S BEEN IN PRISON FOR 6 OR 7 MONTHS - AND HONESTLY, MY OWN OPINION, HE LEARNED HIS LESSON AND SAW THE REALTY OF HIS LIFE.

ONE MORE THING: TAKE THIS LETTER IN CONSIDERATION AND REALIZE THAT JOSEPH DESTEFANO IS; BRIGHT, YOUNG MAN; A good guy, A GREAT FATHER, A cool NEPHEW TO BE AROUND WITH.

MOST IMPORTANTLY SEND HIM HOME TO HIS FAMILY, PLEASE!

THANK YOU FOR YOUR TIME AND great UNDERSTANDING. PLEASE CONSIDER LESS TIME FOR HIM!

Sincerely
George DeStefano

"C" IN FILE.

To whom this may concern,

My name is Denenne Baker and im writing on behalf of my cousin Joseph DeStefano who is being held in Salem County.

Joseph is a really good person. We all miss him so much and we want home especially for the holidays. We all would be so grateful if you could find it in your heart to send him back home to us. Please, can you give him a second chance. He is such a good person, loving, caring, all the qualities a person should have. This is a time for togetherness. Please send him back home. His court date is October 28, 2005 and it would be a dream come true if he came back home. Thank you for your time.

Sincerely,
Denenne Baker

TO WHOM IT MAY CONCERN,                                    10/20/2005


I AM WRITING ON BEHALF OF MY BROTHER JOSEPH DESTEFANO. AS HIS OLDER SISTER I HAVE WATCHED AS HE HAS GROWN FROM A BABY TO AN ADULT. HE HAS HAD A COUPLE OF MISSTEPS IN HIS LIFE BUT HE TRULY IS A GOOD AND CARING INDIVIDUAL. HE HAS ALWAYS TRIED TO DO THE BEST FOR ALL OF US IN OUR FAMILY AND FOR HIS CHILDREN WHO HE LOVES SO VERY MUCH. PLEASE UNDERSTAND SOMETIMES IN LIFE YOU MAKE THE WRONG CHOICES AND THE STAKES BECOME TO HIGH. BUT MY BROTHER IS A VERY SPECIAL PERSON AND HAS A LOT OF TALENT TO EXPLORE IN HIS LIFE TIME.

WHEN MY BROTHER WAS YOUNGER I WOULD TAKE HIM EVERY WEEK TO ST MARYS WHERE HE WOULD PLAY BASEBALL ON A LEAGUE AND HE WAS THE BEST PITCHER ON THE TEAM. HE COULD HAVE BEEN A GREAT ATHLETE. I FEEL HE STILL HAS A CHANCE TO PROVE HIMSELF TO BE THE BEST OF EVERYTHING LIFE HAS IN STORE FOR HIM. PLEASE GIVE HIM A CHANCE TO BE THIS PERSON.

THANK YOU FOR YOUR TIME AND CONSIDERATION,


SINCERELY,

*[signature]*

To whom it may Concern,

I am writing this letter in Concern of my Son Joseph DeStefano. I just want you to know Sir is that my Son in my eyes is the greatest kid in the world, I know that what he did was bad, but i also know that he is really sorry for it, I am so sure that Joseph won't ever do bad again, My Son out of all my 8 Children, hes done more for me than all, he was my right hand. when i was sick Joseph would Clean, Cook, and take care of everything for me, His Son Comes to be with me on weekends and always ask where his daddy is, Sir I miss my Son more than words Can say, Sir I honestly believe that the time my Son has spend in prison already is enough time to last him a lifetime, I Can go on about my Son, but i'm sure you are a very busy person, But I will plead to you to please take this into Consideration and please make a decision that will Come out Positive.

Laura DeStefano

To whom it may concern,

This letter im writing is concerning my brother Joseph DeStefano, we find out what is going on, on Oct 28th, my brother is a good man, as well as a good father, me and my family want him home more then anything in this world, hes never been in bad trouble, I guess everyone makes mistakes. please give him a chance, hes a good person, I know he'll be good. he's gunna work and stay home, Im writing this letter to you because I want you to know how much he means to us, please just think about giving him another chance,

Thank you,
Crystal DeStefano