# EXHIBIT

# B

To the Honorable Judge, (First Name, Middle Initial, Last):

    I, Joseph B. Destefano, am writing you concerning my upcoming sentencing on October 8th. It is of the upmost importance that i express my deepest regrets for what i've done. I am avidly remorseful and immensely desire a second chance. I blame no one for what i did and, although i take full responsibility for my crime, i would appreciate an opportunity to right my wrongs.

    I believe i can achieve this by living a life of a law-abiding citizen, taking good care of those close to me including, but not limited to, my son, myself, and my mother, and attending any type of counseling to ensure a healthy lifestyle. I also plan to work any job or jobs necessary. I have had plenty of time to think while keeping my mind and my body clean and i have focused myself on doing what is right when i am released. Not just for my and my family's sake but for society's as well. I've never been in serious trouble before, your Honor, and the onset of jail time, that alone, is enough to help me learn my lesson. With that being said, in all seriousness, i feel that, in my heart, i have learned my lesson. But i also do realize that i deserve some punishment.

    All i ask for is fairness, Judge Jordan, and the hope that you take the extent of my regret and my words into consideration. I've realized what's important to me and how to redirect my decision-making to assure that nothing, even remotely, like this ever happens again. Thank you for taking the time to read this.

                    Yours
                Joseph B Destefano