# EXHIBIT

# C

MRS. JOYCE S. MASSEY, CSW
Director of Social Rehabilitation &
Deputy Work Release Administrator
SALEM COUNTY CORRECTIONAL FACILITY
125 Cemetery Road
Woodstown, NJ 08098
(856) 769-4300 Ext. 730

DATE:   June 28, 2005

TO:   JUDGE

SUBJECT:   PROGRAM ATTENDANCE

    Inmate Joseph B. Destefano, D.O.B. ▓▓▓▓▓, has been incarcerated at S.C.C.F. since 04/05/05. Since 5/31/05 he has attended the group discussion led by CDAC counselor from SODAT. This group meets every other week for an hour session. SODAT is a drug and alcohol rehabilitation program.
    Any question regarding Mr. Destefano's attendance should be directed to me. Thank you.

Sincerely,

*Joyce S. Massey*

(Mrs.) Joyce S. Massey
Director of Social Rehabilitation

**MRS. JOYCE S. MASSEY, CSW**
Director of Social Rehabilitation &
Deputy Work Release Administrator
**SALEM COUNTY CORRECTIONAL FACILITY**
125 Cemetery Road
Woodstown, NJ 08098
(856) 769-4300 Ext. 730

DATE:    June 23, 2005

TO:    JUDGE

SUBJECT:    PROGRAM ATTENDANCE

    Inmate **Joseph B. Destefano**, D.O.B. ████████, has been incarcerated at S.C.C.F. since 04/05/05. Since 5/31/05 he has attended the group discussion led by CDAC counselor from SODAT. This group meets every other week for an hour session. SODAT is a drug and alcohol rehabilitation program.
    Any question regarding Mr. Destefano's attendance should be directed to me. Thank you.

Sincerely,

*Joyce S. Massey*

(Mrs.) Joyce S. Massey
Director of Social Rehabilitation

**Salem County Vocational – Technical Schools**
**ABE/GED Program**
**Salem County Correctional Facility**

**Student Progress Report**

To:              Joseph B. DeStefano

Current Status:  Active Student

Date:            June 22, 2005

Success in the ABE/GED Program at Salem County Correctional Facility is linked to the time spent in the classroom working to improve those academic areas identified when you took the Test of Adult Basic Education (TABE). Your baseline grade levels are indicated in the grid below. As you continue in the educational program, you will take the TABE every 50 hours. Comparison of the subsequent test results will indicate mastery and areas that continue to need study.

Refer to the attached attendance record to clarify your days in or out of class. Remember that three unexcused absences will result in your removal from the program as defined in the Inmate Rules and Regulations Handbook and the Student Goals and Expectations that you signed when you first attended class.

|  | Grade Equivalent Initial test | Grade Equivalent 50 Hours | Grade Equivalent 100 Hours | Grade Equivalent 150 Hours |
| --- | --- | --- | --- | --- |
| Reading | 6.2 | | | |
| Math | 5.8 | | | |
| Language | 4.3 | | | |
| Total Battery | 5.5 | | | |

While in class you have completed practice tests and those scores are indicated below. Keep in mind that a passing score for each section of the GED is 410 and total passing score is 2250. The TABE predicted GED scores are also indicated.

|  | **Practice** | **TABE** |
| --- | --- | --- |
| Writing | 390 to 560 | 420 |

You took the GED exam on June 13, and June 16, 2005. Scores are not posted to date.

*[signature]*
*Counselor*

## SALEM COUNTY VOCATIONAL TECHNICAL SCHOOLS
## ADULT EDUCATION AND LITERACY

Individual Student Attendance Report Form For FY: __2004-2006__

Facility: __Salem County Correctional Facility__  Instructor: __Angel Brown__

Program Type: __correctional facility__

Name: __Joseph Destefano__  SS#: __███-6481__

### TEST SCORES

| | | | | |
|---|---|---|---|---|
| Start Date: | 6/2/2005 | Reading: 6.2 | Math: 5.8 |
| Retest Dates: | 6/13/2005 GED | Reading: | Math: |
| Exit Date: | 6/16/2005 | Reading: | Math: |

| Day / Month | July<br>1st Quarter | Aug | Sept | Oct<br>2nd Quarter | Nov | Dec | Jan<br>3rd Quarter | Feb | Mar | April<br>4th Quarter | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | 2.0 |
| 3 | | | | | | | | | | | | N |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | 1.0 |
| 7 | | | | | | | | | | | | 2.5 |
| 8 | | | | | | | | | | | | 1.5 U |
| 9 | | | | | | | | | | | | 3.5 |
| 10 | | | | | | | | | | | | 2.5 |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | 2.5 |
| 14 | | | | | | | | | | | | N |
| 15 | | | | | | | | | | | | 1.0 |
| 16 | | | | | | | | | | | | EOY |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | 1.0 | |
| Monthly Totals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 15 |
| Quarterly Totals | 0 | | | 0 | | | 0 | | | 16 | | |

**Program Enrollment Type**
(Circle One)

ABE Beg. Literacy
ABE Beg. Basic Ed.
**(ABE Int. Low)**
ABE Int. High
Adult Sec. Ed. Low
Adult Sec. Ed High
ESL Beg. Lit.
ESL Beginning
ESL Int. Low
ESL Int High
ESL Low Adv.
ESL High Adv.

**Attendance Key**
    Testing
    Weekend
H   Holiday
N   No Class
E   Excused Absence
U   Unexcused Absence
X   Out of Program
GED   Passed Exam
EOY   End of Year

*When used for any level of ABE, ESL, or GED, the monthly total number of hours of attendance should be rounded whole numbers. Daily entries of less than one hour should be indicated in half hour intervals.*

Yearly Total: 16

Salem County Vocational - Technical Schools
ABE/GED Program
Salem County Correctional Facility

Student Progress Report

To:                Joseph B. DeStefano

Current Status:    Active Student

Date:              October 6, 2005

Success in the ABE/GED Program at Salem County Correctional Facility is linked to the time spent in the classroom working to improve those academic areas identified when you took the Test of Adult Basic Education (TABE). Your baseline grade levels are indicated in the grid below. As you continue in the educational program, you will take the TABE every 50 hours. Comparison of the subsequent test results will indicate mastery and areas that continue to need study.

Refer to the attached attendance record to clarify your days in or out of class. Remember that three unexcused absences will result in your removal from the program as defined in the Inmate Rules and Regulations Handbook and the Student Goals and Expectations that you signed when you first attended class.

|          | Grade Equivalent 6/1/2005 | Grade Equivalent 9/6/2005 | Grade Equivalent 50 Hours | Grade Equivalent 100 Hours |
|----------|---------------------------|---------------------------|---------------------------|----------------------------|
| Reading  | 6.2                       | 5.1                       |                           |                            |
| Math     | 5.8                       | 4.9                       |                           |                            |
| Language | 4.3                       | 4.2                       |                           |                            |
| Total    | 5.5                       |                           |                           |                            |

Note that your TABE scores dropped when you tested in September.

Since entering class on June 1, 2005, you have completed practice tests and those scores are indicated below. Keep in mind that a passing score for each section of the GED is 410 and total passing score is 2250. The TABE predicted GED scores are also indicated.

|                | Practice | TABE |
|----------------|----------|------|
| Writing        | 420-590  | 410  |
| Mathematics    | 520      | 390  |
| Reading        | 400      | 420  |
| Social Studies | 470      |      |
| Science        | 460      |      |

You took the GED exam in June, 2005, and your scores were: Writing – 380, Social Studies – 400, Science – 420, Math – 370. You did not take the reading section and will be required to take it the next time that you test.

**SALEM COUNTY VOCATIONAL TECHNICAL SCHOOLS**
**ADULT EDUCATION AND LITERACY**

Individual Student Attendance Report Form For FY: __2005-2006__

Facility: __Salem County Correctional Facility__    Instructor: __Angel Brown__
Program Type: __correctional facility__

Name: __Joseph Destefano__    SS#: __■■■-6481__

TEST SCORES

Start Date: __8/31/2005__    Reading: __5.1__    Math: __4.9__
Retest Dates: _____    Reading: _____    Math: _____
Exit Date: _____    Reading: _____    Math: _____

| Day / Month | July 1st Quarter | Aug | Sept | Oct 2nd Quarter | Nov | Dec | Jan 3rd Quarter | Feb | Mar | April 4th Quarter | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  | 1.5 |  |  |  |  |  |  |  |  |
| 4 |  |  |  | 0.5 |  |  |  |  |  |  |  |  |
| 5 |  |  |  | 1.5 |  |  |  |  |  |  |  |  |
| 6 |  |  |  | 1.5 |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  | 1.0 |  |  |  |  |  |  |  |  |  |
| 9 |  |  | 2.0 |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |
| 21 |  |  | 1.5 |  |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |  |  |  |  |
| 23 |  |  | 1.0 |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |  |  |  |  |
| 26 |  |  | 1.5 |  |  |  |  |  |  |  |  |  |
| 27 |  |  | 2.0 |  |  |  |  |  |  |  |  |  |
| 28 |  |  | 2.0 |  |  |  |  |  |  |  |  |  |
| 29 |  |  | 2.0 |  |  |  |  |  |  |  |  |  |
| 30 |  |  | 1.5 |  |  |  |  |  |  |  |  |  |
| 31 |  | 1.5 |  |  |  |  |  |  |  |  |  |  |
| Monthly Totals | 0 | 2 | 15 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Quarterly Totals | 16 |  |  | 5 |  |  | 0 |  |  | 0 |  |  |

Yearly Total: 21

**Program Enrollment Type**
(Circle One)

ABE Beg. Literacy
ABE Beg. Basic Ed.
(ABE Int. Low)
ABE Int. High
Adult Sec. Ed. Low
Adult Sec. Ed High
ESL Beg. Lit.
ESL Beginning
ESL Int. Low
ESL Int High
ESL Low Adv.
ESL High Adv.

**Attendance Key**
▨ Testing
▦ Weekend
H  Holiday
N  No Class
E  Excused Absence
U  Unexcused Absence
X  Out of Program
GED  Passed Exam

When used for any level of ABE, ESL, or GED, the monthly total number of hours of attendance should be rounded whole numbers. Daily entries of less than one hour should be indicated in half hour intervals.

## SALEM COUNTY CORRECTIONAL FACILITY
Department of Social Rehabilitation
(856) 769-4300

Director of Social Rehabilitation
Mrs. Joyce Massey
Ext. 730



Social Rehabilitation Officer's
Officer S. Kent Ext 732
Officer A. James Ext 733

DATE: JULY 12, 2005

SUBJECT: INHOUSE CLEANUP

TO WHOM IT MAY CONCERN,

   INMATE JOSEPH DESTEFANO D.O.B. ████, HAS BEEN IN OUR FACILITY SINCE 04/05/05, AND HAS BEEN ON INHOUSE CLEANUP SINCE 06/11/05.

S. KENT

# Certificate of Award

JOSEPH DESTEFANO

*has satisfactorily completed the Christian Worker Bible study entitled*

CHRISTIAN LIVING SERIES

Pastor _Joe Cooley Jr_ Church _NEW BEGINNING_

Date _7-20-05_