IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-20-KAJ |
| JOSEPH DESTEFANO, | : |
| Defendant. | : |

### MOTION AND ORDER TO DISMISS

**NOW COMES** the United States and hereby moves this Honorable Court to dismiss Counts One through Six and Counts Twelve through Twenty-Two of the Indictment in this case as against the Defendant pursuant to the Memorandum of Plea Agreement entered in this case on July 25, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: October 28, 2005

\* \* \*

**AND NOW**, this 28th day of Oct., 2005, upon the foregoing motion, **IT IS HEREBY ORDERED** that Counts One through Six and Counts Twelve through Twenty-Two of the Indictment in this case are **DISMISSED** with prejudice as against the Defendant.

_____
THE HON. KENT A. JORDAN
UNITED STATES DISTRICT JUDGE