

U.S. Department of Justice

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

*10010 Junction Drive, Suite 100-N*
*Annapolis Junction, MD 20701*

November 18, 2005

**RECEIVED**
NOV 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Kent A. Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
Lockbox 10
844 North King Street
Wilmington, Delaware  19801-3570

RE: Destafano, Joseph
REG. NO.: 04960-015
DOCKET NO.: 1:05CR00020-01 &
             1:05CR00066-001

Dear Judge Jordan:

   This is to advise you Joseph Destafano has been designated to the Federal Correctional Institution (FCI), Fairton, New Jersey, a medium security facility.

   At the time of designation, we were aware of the Court's recommendation for his placement at FCI Fort Dix. However, Mr. Destafano requires more security than FCI Fort Dix, a low security level institution, can provide. FCI Fairton can provide the programs and services required by this inmate during his period of incarceration, including the Residential Drug Abuse Program recommended by the Court, and is reasonably close to his residence of record, Dover, Delaware.

   We appreciate the Court's recommendation and would be pleased to further discuss this matter should you desire. Please feel free to contact the Regional Correctional Programs Administrator at (301) 317-3140 or me directly at (301) 317-3105.

                                        Sincerely,

                                        K. M. White
                                        Regional Director

cc:  Warden, FCI Fairton, NJ