AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

USM

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JOSEPH B. DESTEFANO | Case Number:  1:05CR00020-001 and 1:05CR00066-001 |
| | USM Number: 04960-015 |
| | Sanford N. Talkin, Esq. |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)    7-11 of Indictment (in 05-20) and count 1 of Information (in 05-66)

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(u) | Theft of a firearm | 11/12/2004 | 7-11 of Indictment |
| 11 Del.C. § 900 | Issuing a bad check on the Dover Air Base | 12/07/2004 | 1 of Information |
| 18 U.S.C. §§ 7 and 13 | Issuing a bad check on the Dover Air Base | 12/07/2004 | 1 of Information |

The defendant is sentenced as provided in pages 2 through    7    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)    1-6 and 12-22 of Indictment        ☐ is    ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residen or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to p restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/28/2005
Date of Imposition of Judgment

Signature of Judge

Kent A. Jordan, United States District Judge
Name and Title of Judge

11/9/05
Date

CERTIFIED: 11/9/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY
   Deputy Clerk

AO 245B    (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 Imprisonment

**DEFENDANT:** JOSEPH B. DESTEFANO

**CASE NUMBER:** 1:05CR00020-001 and 1:05CR00066-001

Judgment Page __2__ of __7__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 22 months.

22 months on each of Counts Seven through Eleven in Criminal Action Number 05-20, to be served concurrently, and a term of 22 months on Count One of Criminal Action Number 05-66, to be served concurrently with each other.

☒ The court makes the following recommendations to the Bureau of Prisons:

1. Placement at the Ft. Dix facility or at a facility close to release.
2. Placement in the 500 hour drug program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.    on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __11/21/05__ to __FCI Fairton__

a __Fairton NJ__ , with a certified copy of this judgment.

__Jonathan C. Mine-Warden__
UNITED STATES MARSHAL

By __Mau. C.T.__
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 Supervised Release

**DEFENDANT:** JOSEPH B. DESTEFANO                                    Judgment Page 3 of 7
**CASE NUMBER:** 1:05CR00020-001 and 1:05CR00066-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three years.

This term consists of terms of three years on each of Counts Seven through Eleven in Criminal Action Number 05-20, all such terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from th custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.
The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditio on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five day of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or oth acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement office

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without th permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confir the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3C - Supervised Release

DEFENDANT: JOSEPH B. DESTEFANO                    Judgment Page  4   of  7
CASE NUMBER: 1:05CR00020-001 and 1:05CR00066-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

2. The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 5 Criminal Monetary Penalties

DEFENDANT: JOSEPH B. DESTEFANO                          Judgment Page  5    of  7
CASE NUMBER: 1:05CR00020-001 and 1:05CR00066-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|            | Assessment | Fine | Restitution |
|------------|------------|------|-------------|
| **TOTALS** | $ 600.00   | $    | $ 5,668.00  |

☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case* (AO 245C) will be enter
    after such determination.

☒  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise
   the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be pa
   before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| Shooter's Choice<br>5105 N. Dupont Highway<br>Dover, DE 19901 | $1,004.00 | $1,004.00 | |
| Millers Gun Center<br>302 Jackson Boulevard<br>New Castle, DE 19803 | $822.00 | $822.00 | |
| United States Treasury | $3,842.00 | $3,842.00 | |
| **TOTALS** | $ 5,668.00 | $ 5,668.00 | |

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before th
    fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subje
    to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒  the interest requirement is waived for the   ☐ fine   ☒ restitution.

   ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on o
after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 A Criminal Monetary Penalties

DEFENDANT: JOSEPH B. DESTEFANO
CASE NUMBER: 1:05CR00020-001 and 1:05CR00066-001

Judgment Page  6  of  7

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The restitution shall be paid in full immediately. The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision. Upon his release from confinement, the defendant shall make monthly installment payments of not less than $100. Payments shall be made to the Clerk, U.S. District Court. The losses for the Army Air Force Exchange Service and Defense Commissary Agency have been referred to the United States Treasury Offset Program. Upon his release from custody, the defendant shall enter into a payment plan with the United States Treasury to satisfy any restitution obligation due to this victim which has not been satisfied via the Inmate Financial Responsibility Program. The statutory requirement for the payment of interest on the restitution obligation is waived.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 Schedule of Payments

**DEFENDANT:** JOSEPH B. DESTEFANO

**CASE NUMBER:** 1:05CR00020-001 and 1:05CR00066-001

Judgment Page  7    of  7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ 600.00_____  due immediately, balance due

☐  not later than _____  , or
☒  in accordance    ☐ C,    ☐ D,    ☐ E, or    ☒ F below; or

B  ☒  Payment to begin immediately (may be combined with  ☐ C,    ☒ D, or    ☒ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☒  Payment in equal monthly_____ (e.g., weekly, monthly, quarterly) installments of $ 100_____ over a period of 35 months___ (e.g., months or years), to commence 30 days___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

—  ☒ Special Assessment shall be made payable to Clerk, U.S. District Court.
—  ☐ Criminal monetary payments, with the exception of restitution and those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made payable to Clerk, U.S. District Court.  Any restitution ordered is to be made payable to the victim, and collected by the U.S. Probation Office.

Unless the court has expressly ordered otherwise, if this judgment imposes  imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.