PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                         )
   **Plaintiff,**                        )
                                         )
     **vs.**                        )  **Criminal Action No. 1:05CR00020 &**
                                         )      **1:05CR00066**
  **Joseph Destefano**                    )
                                         )
    **Defendant**                     )

### Petition on Probation and Supervised Release

   COMES NOW <u>John G. Selvaggi</u>  Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Joseph Destefano</u> , who was placed on supervision by the Honorable <u>Kent A. Jordan</u>  sitting in the court at <u>Wilmington, Delaware</u> on the <u>28th</u> day of <u>October, 2005</u> , who fixed the period of supervision at <u>3 years</u>, and imposed the general terms and conditions theretofore adopted by the Court, and the following special conditions:

   1.  The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer.

   2.  The defendant shall make restitution in the amount of $5,668.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

   According to the defendant's supervising U.S. Probation Officer, the defendant has submitted positive drugs screens for ecstasy, marijuana, and cocaine.  Additionally, he is delinquent on his monthly restitution payments.  He agreed to serve a 45-day of home detention with electronic monitoring as an appropriate sanction.

PRAYING THAT THE COURT WILL ORDER that the conditions of supervised release be modified, and that Joseph Destefano be ordered to serve a 45-day term of home confinement with electronic monitoring.  Costs of the home confinement are to be paid by the defendant.  Additionally, the defendant shall disclose all financial information to the U.S. Probation Office as directed.

ORDER OF COURT

Considered and ordered this _____ day of
_____, 20____ .

_____
     U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
   Deputy Chief U.S. Probation Officer

Place _____ Wilmington, Delaware___

Date _____ May 13, 2008_____

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF DELAWARE

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s)  may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended.  By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel.  I also understand that I have the right to request that the Court appoint  counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby  voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*For a period of   __45 Days__   days, the defendant shall remain in his or her home of record. The defendant is only  authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department.  The home confinement period shall commence on a date approved by the Probation Department.  While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of U.S. Courts.  In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he or she is reasonably able.  The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.*

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

_____
Date