PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:05CR00020 &
:05CR00066

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joseph Destefano<br>Brooklyn, New York | Delaware | Wilmington |

NAME OF SENTENCING JUDGE
The Honorable Kent A. Jordan

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>November 6, 2006 | TO<br>November 5, 2009 |
|---|---|---|

OFFENSE

Theft of a Firearm (five counts) and Issuing a Bad Check on the Dover Air Force Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____      _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____      _____
Effective Date                                   United States District Judge