| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:05CR00020 & :05CR00066 |
|---|---|---|
| TRANSFER OF JURISDICTION | | |
| | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF SUPERVISED RELEASEE: Joseph Destefano Brooklyn, New York | DISTRICT Delaware | DIVISION Wilmington |
| | NAME OF SENTENCING JUDGE The Honorable Kent A. Jordan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 6, 2006 | TO November 5, 2009 |
| OFFENSE | | |
| Theft of a Firearm (five counts) and Issuing a Bad Check on the Dover Air Force Base | | |

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 7 – 2008 ★ BROOKLYN OFFICE**

**CR 08 520**

**GERSHON, J. ORENSTEIN, M.J**

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y ★ JUL 28 2008 ★ BROOKLYN OFFICE**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/27/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-1-08_
Effective Date

_[signature]_
United States District Judge

A TRUE COPY ATTEST
DATE 8-7 20 08
ROBERT C. HEINEMANN
BY _[signature]_
CLERK
DEPUTY CLERK