

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
Terry Vaughn
Chief Deputy

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2311

Erica_Fernandez@nyed.uscourts.gov

August 7, 2008

US District Court- District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Re: USA vs. Destefano

                        EDNY's Case No: 08-CR-520
                        Your Case No.: 1:05-CR-20 & 05-CR-66

Pursuant to the enclosed certified copy of the order of Judge Nina Gershon accepting jurisdiction, the following documents are requested:

        __X__ Certified copy of Indictment

        __X__ Certified copy of Judgment and Commitment

        __X__ Certified copy of the Docket Sheet

        _____ Entire File

        _____ Other

Kindly acknowledge receipt on the enclosed copy of this letter.

                        Yours truly,

                        ROBERT C. HEINEMANN
                        Clerk of Court

                        By: Erica Fernandez
                        Deputy Clerk

Encl.

_____          _____
     Received By:                                                     Date