OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
   Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 20, 2008

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 SEP -2 PM 3:08

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2008 ★
BROOKLYN OFFICE

RE: UNITED STATES v. Joseph B. Destefano
    DISTRICT OF DELAWARE CASE NO. 05CR20-SLR and 05cr66-SLR
    EASTERN DISTRICT OF NEW YORK CASE NO. 08CR520
    <u>Transfer of Jurisdiction</u>

Dear Clerk:

    Pursuant to the Transfer of Jurisdiction Order (certified copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Indictment and Felony Information, 2.) Judgment and 3.) Docket Sheet.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

    Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
Deputy Clerk

PTD/lid
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on ___8/27/08___.
                           (date)

_Ernice Fernandez, Case Processing Clerk_
Signature and Title

cc: U.S. Probation Office (Delaware)